THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Willard Coe       
Appellant.
 
 
 

Appeal From Richland County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-053
Submitted November 19, 2003  Filed 
 January 22, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellant Defender, Wanda P. Hagler, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson;  
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Anthony Willard Coe appeals 
 from the revocation of his probation. Counsel for Coe attached to the final 
 brief a petition to be relieved as counsel.  Coe did not file a separate pro 
 se brief. 
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Coes appeal 
 and grant counsels petition to be relieved. [1] 
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1] Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.